## THE STATE OF NORTH DAKOTA v. OLAF A. OLSON.

(144 N. W. 1135.)

Opinion filed December 20, 1913.

Appeal from the District Court for Ward County.
Reversed.
*Noble, Blood,* and *Adamson,* of Minot, North Dakota, for appellant.
*R. A. Nestos,* of Minot, North Dakota, for respondent.

. PER CURIAM. The defendant was convicted of obstructing a navigable stream near the city of Minot in Ward county. The stream is the Mouse river, and the place and act and time of the alleged obstruction are identical with those involved in the civil action of Bissel v. Olson, ante, 60, 143 N. W. 340. In the civil case, it was held that the Mouse river was not at that point navigable, or at least that the plaintiff failed in his proof.

Counsel for the state has stipulated that this judgment be reversed on the authority of Bissel v. Olson, supra. While that stipulation is not binding on the court, the record in the case at bar has been examined, and from such examination we are satisfied that, on the authority of the civil action referred to, the conviction cannot be sustained, and accordingly, the stipulation is approved and the judgment is reversed.